# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## NO. 5:17-cv-158-GCM

| | |
|---|---|
| TONI L. SHEPHERD, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NANCY A. BERRYHILL, ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
|     Defendant. ) | |

**THIS MATTER** is before the Court on the Consent Motion to Remand to the Social Security Administration (Doc. No. 15) filed by Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security. Defendant has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the cause for further administrative proceedings. Plaintiff's counsel has consented to the Motion.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby **ORDERS:**

1. The Consent Motion to Remand (Doc. No. 15) is **GRANTED**;

2. The decision of the Commissioner is **REVERSED** and the cause is **REMANDED** to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g); and

3. Plaintiff's Motion for Summary Judgment (Doc. No. 13) is **DISMISSED AS MOOT**.

**SO ORDERED.**

Signed: March 16, 2018

Graham C. Mullen
United States District Judge